UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROLL SYSTEMS, INC.

Plaintiff,

v.

HUNKELER AG and STANDARD
FINISHING SYSTEMS, LLC

Defendants.

04 10876 PBS

Civil Action No.

## CORPORATE DISCLOSURE STATEMENT
## FOR PLAINTIFF ROLL SYSTEMS, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3(A), plaintiff Roll Systems, Inc. a non-governmental, for-profit corporation, states that it has no parent corporation, and that Böwe Systec International GmbH, a German corporation traded on the German stock exchange, owns more than 10% of its stock.

ROLL SYSTEMS, INC.

By its attorneys,

*Elaine H Blais*

Paul F. Ware Jr., P.C. (BBO # 516240)
Elaine Herrmann Blais (BBO # 656142)
Daniel M. Forman (BBO # 637405)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: May 4, 2004