UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 28 P 2: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROLL SYSTEMS, INC.

Plaintiff,

v.

HUNKELER AG and STANDARD
FINISHING SYSTEMS, LLC

Defendants.

Civil Action No. 04-10876PBS

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff hereby dismisses the above-captioned action without prejudice and without costs or attorneys' fees by filing this Notice of Dismissal.

Respectfully submitted,

ROLL SYSTEMS, INC.

By its attorneys,

*/s/ Elaine H. Blais*

Paul F. Ware Jr., P.C. (BBO # 516240)
Elaine Herrmann Blais (BBO # 656142)
Daniel M. Forman (BBO # 637405)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: June 28, 2004

LIBA/1393634.1